### H. B. CLAFLIN CO. v. UNITED STATES.

(Circuit Court, S. D. New York. April 19, 1901.)

#### No. 3,003.

CUSTOMS DUTIES—FIGURED COTTON GOODS—CONSTRUCTION OF STATUTE.

Paragraph 313 of the tariff act of 1897, imposing a duty, additional to that to which cotton goods are subject under the countable clauses, on "cotton cloth in which other than the ordinary warp and filling threads have been introduced in the process of weaving to form a figure," should be construed as though it read "cotton cloth in which threads have been introduced to form a figure, which threads are other than the ordinary warp and filling threads"; the word "ordinary" having reference to the threads which ordinarily go to make up the plain fabric, and which cannot be removed without destroying its integrity, as distinguished from threads introduced to form a figure and for no other purpose, whether warp or filling threads, or introduced in the process of weaving by separate and independent machinery used solely to put in the figure. Dotted swisses and madras or damask goods ornamented with spots or figures woven in by independent filling threads, portions of which are afterwards cut away, are subject to additional duty under such paragraph.

Albert Comstock, for the importers.
Charles D. Baker, Asst. U. S. Atty.

TOWNSEND, District Judge. The merchandise in question comprises various woven cotton goods, which, for convenience, are classified as follows: Exhibits 1 and 2 are known as "dotted swisses," being ornamented with dots made with a swivel shuttle. Exhibits 3 and 4 are madras or damask goods, ornamented with spots or figures woven in by independent filling threads introduced for that purpose, portions of which threads have been afterwards cut away. Exhibit 5 is a bunch of lappets, not comprised in the above importations, and which are made by a needle and machinery, as will be hereafter explained. The goods were assessed for duty under the countable clauses of paragraphs 304 to 309 of the tariff act of 1897, and also under paragraph 313 of said act at an additional two cents per square yard. There is no dispute as to the assessment of duty under the countable clauses. The only question is

*whether these goods are additionally dutiable at two cents per
square yard under paragraph 313. Said paragraph is as follows:*

"(313) Cotton cloth in which other than the ordinary warp and filling
threads have been introduced in the process of weaving to form a figure,
whether known as lappets or otherwise, and whether unbleached, bleached,
dyed, colored, stained, painted, or printed, shall pay, in addition to the duty
herein provided for other cotton cloth of the same description, or condition,
weight, and count of threads to the square inch, one cent per square yard
if valued at not more than seven cents per square yard, and two cents per
square yard if valued at more than seven cents per square yard."

All the articles in question are cotton woven, figured or fancy;
and there is no substantial difference between the swisses, damasks,
or madras, so far as the resultant material or ornaments are con-
cerned.

Counsel for the importer contends that the word "ordinary," in
the clause "cotton cloth in which other than the ordinary warp and
filling threads have been introduced," etc., means any warp and
filling threads, and that the words "the ordinary" may be erased
from the paragraph in question without affecting its meaning. He
further contends that this paragraph is intended to impose a duty
upon lappets only, where the figure is made by special machinery.
Counsel for the government contends that this paragraph is in-
tended to cover all woven cotton goods into which have been in-
troduced to form a figure extraordinary or independent threads,
whether warp and filling threads or not.

The following contested questions may be eliminated without dis-
cussion: (1) The figure or ornamentation in Exhibits 1 and 2, the
dotted swisses, is introduced in the process of weaving by what is
called a "swivel shuttle," in connection with a Jacquard loom. The
thread used is not a filling thread. They were properly assessed for
the additional duty of two cents per square yard. (2) The dots or
figures in Exhibits 3 and 4 are introduced in the process of weav-
ing. (3) The word "figure," in paragraph 313, covers dots as well
as other figures. The single question, therefore, is as to Exhibits
3 and 4.

In weaving, the warp threads extend perpendicularly from an
overhead bar, and run the length of the fabric, while the weft
threads are thrown across the warp threads by means of a shuttle.
In the lappets, Exhibit No. 5, the figure is inserted by a separate
independent thread and needle, used solely to put in the figure.
And the lappet threads are in no sense weft threads. They are
not inserted by the back and forth shuttle movement. In the dotted
swisses, Exhibits 1 and 2, the spot is formed by means of an in-
dependent thread and an independent swivel shuttle; and, like the
lappets, these figures are not introduced by ordinary warp or filling
threads as a part of the regular process of weaving. In the figured
or spotted madras and damasks, Exhibits 3 and 4, the figure is
made by means of a shuttle carrying an independent thread and
thrown back and forth through the warp threads. These threads,
however, are independent, in the sense that they are not an integral
part of the fabric, and the portions not needed to make the figure
are cut off after the weaving process is completed. I think the fair

construction of the section in controversy is, "cotton cloth in which threads have been introduced to form a figure which threads are other than the ordinary warp and filling threads," and that the word "ordinary," as applied to such threads, means those threads which ordinarily enter into the construction of the ordinary plain fabric, and which cannot be removed without destroying its integrity, as distinguished from extraordinary threads which are not an integral part of the fabric, but which, as in the case of lappets and dotted swisses, are independent threads introduced in order to form a figure, and for no other purpose. It must be conceded that there are filling threads which are not ordinary ones, such as are found in dotted swisses and in lappets. There is no necessary difference between the threads themselves in these three constructions. These contentions are supported by the admissions of some of the witnesses for the importers to the effect that the figures in Exhibits 3 and 4 are made by threads so separate and independent from the warp and woof threads that, if these threads which make the figure were drawn out from the fabric, they would still leave the original warp and weft threads practically intact. It is the duty of the court to give effect to the whole language of the paragraph, if possible. The construction contended for by the importer practically eliminates the word "ordinary" from the paragraph. The evidence shows that dotted swisses must be included within paragraph 313. It fails to show any sufficiently definite or satisfactory distinction between the threads therein introduced confessedly other than ordinary warp and filling threads and the threads introduced into Exhibits 3 and 4. The decision of the board of general appraisers is affirmed.